1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO VILLA, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PRATT (LATHROP CORRUGATING), LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 2:24-CV-01008-DJC-CSK<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING FURTHER EFFORTS TO MEET AND CONFER IN LIGHT OF OVERLAPPING FIRST FILED ACTION**<br><br>Complaint Filed: February 29, 2024<br>Trial Date:      None Set<br>Judge:          Hon. Daniel J. Calabretta |

The Court, having considered the Parties' Stipulation to Stay Action Pending Further Efforts to Meet and Confer in Light of Overlapping First Filed Action, and good causing appearing therefor,

Accordingly, it is hereby ORDERED that:

1. This action is stayed, in full, until August 1, 2024, on which date this stay shall be lifted unless the Parties stipulate to an extension of this stay which the Court approves;

2. Defendants shall have 30 days to respond to Plaintiff's Complaint from the date the Court lifts the stay of the action.

3. The stay will have no effect on Plaintiff's ability to challenge Defendant's removal of this action to federal court based on subject matter jurisdiction after the stay is lifted.

**IT IS SO ORDERED.**

DATED: May 6, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE