# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO VILLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT (LATHROP CORRUGATING), LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-01008-DJC-CSK<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160(B)**<br><br>Action Filed:   April 3, 2024<br>Trial Date:      None Set<br>Judge:           Hon. Daniel J. Calabretta |

The Court being fully advised and good and sufficient cause appearing therefore, the parties' Joint Stipulation to Extend Time Pursuant to Local Rule 160(b) is hereby **GRANTED**.

IT IS HEREBY ORDERED that the time by which the parties must file dispositional documents pursuant to Local Rule 160(b) is extended by an additional sixty (60) days.

The Court stays all currently pending deadlines in this action in light of the settlement reached by the parties.

**IT IS SO ORDERED**

Dated: December 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE