Jared L. Palmer, CA Bar No. 287974
jared.palmer@ogletree.com
Carolyn B. Hall, CA Bar No. 212311
carolyn.hall@ogletree.com
Jenny J. Liao, CA Bar No. 337719
jenny.liao@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
PRATT (LATHROP CORRUGATING), LLC

John G. Yslas (SBN 187324)
jyslas@wilshirelawfirm.com
Eugene Zinovyev (SBN 267245)
ezinovyev@wilshirelawfirm.com
John Brown (SBN 233605)
jbrown@wilshirelawfirm.com
Gabriella Solé (SBN 346164)
gabriella.sole@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff
RIGOBERTO VILLA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO VILLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT (LATHROP CORRUGATING), LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-01008-DJC-CSK<br><br>**JOINT STIPULATION AND ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160(b)**<br><br>Action Filed:    April 3, 2024<br>Trial Date:       None Set<br>Judge:            Hon. Daniel J. Calabretta |

1   This Stipulation is made and entered by and between the parties to the above-entitled action, Plaintiff Rigoberto Villa ("Plaintiff") and Defendant Pratt (Lathrop Corrugating), LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts:

WHEREAS, on October 28, 2024, Parties filed submitted an Amended Notice of Settlement requesting that the court allow parties to file a Request for Dismissal within 30 to 45 days;

WHEREAS, on October 29, 2024, a Minute Order was issued mandating that Parties file Dispositional Documents within 45 days or on Thursday, December 12, 2024, pursuant to E.D. Cal. L.R. 160;

WHEREAS, on April 8, 2024, the Parties filed a Stipulation to Extend Time For Defendant to Respond to Initial Complaint By Not More Than 28 Days (L.R. 144);

WHEREAS on December 12, 2024, the Parties filed a Joint Stipulation and [Proposed] Order Granting Joint Motion to Extend Time to File Dispositional Documents Pursuant to Local Rule 160(b), which was granted by the Court on December 13, 2024;

WHEREAS on February 10, 2025, the Parties filed a Joint Stipulation and [Proposed] Order Granting Joint Motion to Extend Time to File Dispositional Documents Pursuant to Local Rule 160(b), which was granted by the Court on February 11, 2025;

WHEREAS on March 7, 2025, the Parties filed a Joint Stipulation and [Proposed] Order Granting Joint Motion to Extend Time to File Dispositional Documents Pursuant to Local Rule 160(b), which was granted by the Court on March 10, 2025;

WHEREAS, the Parties have drafted the necessary terms and executed the agreement, but require some additional time to complete payment, and;

WHEREAS, the Parties continue to work toward completing payment, and thus hereby request, subject to the Court's approval, to extend the deadline to file dispositional documents by 30 days;

THEREFORE, good cause exists for the extension as the Parties, through their respective counsel, are working toward a settlement agreement that will resolve this matter and have been working diligently toward finalizing the settlement agreement.

1                                   Case No. 2:24-CV-01008-DJC-CSK
**JOINT STIPULATION AND ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160(B)**

1  IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and subject to
2  the Court's approval, that the deadline to file dispositional documents is extended by 30 days or May
3  7, 2025.

**IT IS SO STIPULATED.**

DATED: April 9, 2025                          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**.

By: */s/ Carolyn B. Hall*
    Jared L. Palmer
    Carolyn B. Hall
    Jenny J. Liao

    Attorneys for Defendant
    PRATT (LATHROP CORRUGATING), LLC

DATED: April 9, 2025                          **WILSHIRE LAW FIRM**

By: */s/ John Brown*
    John G. Yslas
    Eugene Zinovyev
    John Brown

    Attorneys for Plaintiff
    RIGOBERTO VILLA

The filer attests that the signatory listed above concurs in the content of this document and has authorized its filing.

*/s/ John Brown*
John Brown

2    Case No. 2:24-CV-01008-DJC-CSK
**JOINT STIPULATION AND ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160(B)**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO VILLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT (LATHROP CORRUGATING), LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-01008-DJC-CSK<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160(B)**<br><br>Action Filed:   April 3, 2024<br>Trial Date:     None Set<br>Judge:          Hon. Daniel J. Calabretta |

The Court being fully advised and good and sufficient cause appearing therefore, the parties' Joint Stipulation to Extend Time Pursuant to Local Rule 160(b) is hereby **GRANTED**.

IT IS HEREBY ORDERED that the time by which the parties must file dispositional documents pursuant to Local Rule 160(b) is extended by an additional thirty (30) days, up to and including May 7, 2025.

The Court stays all currently pending deadlines in this action in light of the settlement reached by the parties.

**IT IS SO ORDERED**

Dated:  April 9, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1   Case No. 2:24-CV-01008-DJC-CSK

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160(B)**