# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO VILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRATT (LATHROP CORRUGATING), LLC, A Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.:   2:24-cv-01008-DJC-CSK<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:  April 3, 2024<br>Trial Date:  None Set<br>Judge:  Honorable Daniel J. Calabretta |

This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiff RIGOBERTO VILLA and Pratt (Lathrop Corrugating), LLC.

The Stipulation is hereby GRANTED AS REQUESTED, and all individual claims are dismissed with prejudice and all class claims are dismissed without prejudice.

All current hearings on calendar are hereby vacated.

**IT IS SO ORDERED**

Dated: May 7, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE